Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−14769−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Tamika M Brown−Wesley
 aka Tamika Brown
 167 Richelieu Terrace
 Newark, NJ 07106

Social Security No.:
 xxx−xx−8971

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/5/20 and a confirmation hearing on such Plan has been scheduled for 6/3/20.

The debtor filed a Modified Plan on 7/24/20 and a confirmation hearing on the Modified Plan is scheduled for 09/02/2020 AT 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

 A full copy of the modified Plan will follow this notice.

Dated: July 24, 2020
JAN: wdh

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 20-14769-RG
Tamika M Brown-Wesley                                           Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 3                Date Rcvd: Jul 24, 2020
                              Form ID: 186             Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db             +Tamika M Brown-Wesley,    167 Richelieu Terrace,    Newark, NJ 07106-2412
cr             +Steward Financial Services,    c/o Stark & Stark, P.C.,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
518774680      +Cornerstone,    PO Box 61047,   Harrisburg, PA 17106-1047
518774692       FMS, Inc.,    PO Box 707600,   Tulsa, OK 74170-7600
518774693      +Imaging Consultants of Essex, P.A.,    Billing Service Center,    769 Northfield Avenue, Ste. 260,
                 West Orange, NJ 07052-1141
518774696      +KML Law Group,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
518774697      +Marquise Brown,    167 Richelieu Terrace,    Newark, NJ 07106-2412
518774698      +Mester & Schwartz, PC,    1333 Race Street,    Philadelphia, PA 19107-1556
518847836      +MidFirst Bank,    C/O KML Law Group,   701 Market Street Suite 5000,
                 Philadelphia, PA 19106-1541
518854574      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518774699      +Midfirst Bank,    501 NW Grand Boulevard,    Oklahoma City, OK 73118-6037
518774701      +Midland Mortgage,    Attn: KML Law Group, PC,    216 Haddon Ave., Ste. 406,
                 Westmont, NJ 08108-2812
518774700       Midland Mortgage,    PO Box 26648,   Oklahoma City, OK 73126-0648
518830909      +PSE&G,   Attn: Bankruptcy Department,    P O Box 709,    Newark NJ 07101-0709
518774710      +PSEG,   Cranford Customer Service,    District Office,    PO Box 1023,    Cranford, NJ 07016-1023
518774708      +PSEG,   PO Box 14444,    New Brunswick, NJ 08906-4444
518774707       PSEG,   PO Box 14104,    New Brunswick, NJ 08906-4104
518774711      +Santander Bank,    75 State St., 5th Floor,    Boston, MA 02109-1827
518774712      +Santander Bank,    824 North Market St., Ste. 100,    Wilmington, DE 19801-4937
518774715      +Stark & Stark,    993 Lenox Drive,   Trenton, NJ 08648-2389
518785652      +Steward Financial Services,    c/o Jennifer D. Gould, Esq.,    Stark & Stark, P.C.,
                 993 Lenox Dr.,    Lawrenceville, NJ 08648-2389
518774718      +Summit Medical Group,    PO Box 1005,   Summit, NJ 07902-1005
518774719       Summit Medical Group,    Attn: Business Office Admin,    150 Floral Avenue,
                 New Providence, NJ 07974-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2020 00:57:34       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2020 00:57:29       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 25 2020 01:07:13
                 AIS Portfolio Services, LP Attn: Capital One Auto,    4515 N Santa Fe Ave, Dept APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 25 2020 01:06:52
                 Capital One Auto Fianance,    a division of Capital One, N/A,    AIS Portfolio Services, LP,
                 4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:53:59
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518774678       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 25 2020 00:54:47       Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518774679       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 25 2020 01:07:22
                 Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
518786999      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 25 2020 01:06:51
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518831728      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 25 2020 01:07:37
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
518774681      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 25 2020 00:58:28
                 Credit Control Service,    725 Canton Street,    Norwood, MA 02062-2679
518774682      +E-mail/Text: kthompson@crownasset.com Jul 25 2020 00:57:34       Crown Asset Management,
                 3100 Breckinridge Blvd #725,    Duluth, GA 30096-7605
518774683      +E-mail/Text: electronicbkydocs@nelnet.net Jul 25 2020 00:57:36       Dept Of Education,
                 121 S 13th St,    Lincoln, NE 68508-1904
518774691      +E-mail/Text: electronicbkydocs@nelnet.net Jul 25 2020 00:57:36       Dept Of Education/Nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
518774694       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 25 2020 00:57:51       Jefferson Capital Systems, LLC,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
518774695       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 25 2020 00:57:51       Jefferson Capital Systems, LLC,
                 PO Box 772813,    Chicago, IL 60677-2813
518774702      +E-mail/Text: kurucn@mail.montclair.edu Jul 25 2020 00:58:10       Montclair State University,
                 Attn: Norma Kuruc (855VA),    1 Normal Avenue,    Montclair, NJ 07043-1699
518774703      +E-mail/Text: bankruptcy@onlineis.com Jul 25 2020 00:58:15       Online Collections,    PO Box 1489,
                 Winterville, NC 28590-1489
518774704      +E-mail/Text: bankruptcy@onlineis.com Jul 25 2020 00:58:15       Online Information Services,
                 PO Box 1489,    Winterville, NC 28590-1489
518774705       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:06:54
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 3                 Date Rcvd: Jul 24, 2020
                              Form ID: 186             Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518801952      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:07:15
                Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                Norfolk VA 23541
518774706      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:06:54
                Portfolio Recovery Associates,LLC,   PO Box 12914,   Norfolk, VA 23541
518774709      E-mail/Text: bankruptcy@pseg.com Jul 25 2020 00:56:12      PSEG,   PO Box 790,
                Cranford, NJ 07016-0790
518854519      E-mail/Text: bnc-quantum@quantum3group.com Jul 25 2020 00:57:22
                Quantum3 Group LLC as agent for,   Crown Asset Management LLC,   PO Box 788,
                Kirkland, WA  98083-0788
518774713     +E-mail/Text: clientservices@simonsagency.com Jul 25 2020 00:58:25     Simons Agency Inc,
                4963 Wintersweet Dr,   Liverpool, NY 13088-2176
518774716      E-mail/Text: jchrist@stewardfs.com Jul 25 2020 00:57:41     Steward Financial Services,
                499 Old Kings Highway,   Maple Shade, NJ 08052
518774720     +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:54:33     Syncb/Amazon,   PO Box 965015,
                Orlando, FL 32896-5015
518774721     +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:53:30     Syncb/Qvc,   PO Box 965018,
                Orlando, FL 32896-5018
518776511     +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:54:33     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518845451     +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:53:30     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518774723      E-mail/Text: bankruptcy@td.com Jul 25 2020 00:57:36     TD Bank,   PO Box 1377,
                Lewiston, ME 04243-1377
518774722      E-mail/Text: bankruptcy@td.com Jul 25 2020 00:57:36     TD Bank,   PO Box 8400,
                Lewiston, ME 04243
518774724     +E-mail/Text: bnc-bluestem@quantum3group.com Jul 25 2020 00:58:19     Webbank/Fingerhut,
                6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518808840*    +Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518774684*    +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
518774685*    +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
518774686*    +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
518774687*    +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
518774688*    +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
518774689*    +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
518774690*    +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
518827867*   ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617)
518774714*    +Simons Agency Inc,   4963 Wintersweet Drive,   Liverpool, NY 13088-2176
518774717*     Steward Financial Services,   499 Old Kings Highway,   Maple Shade, NJ 08052
                                                                                TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0312-2           User: admin            Page 3 of 3            Date Rcvd: Jul 24, 2020
                               Form ID: 186           Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Herbert B. Raymond    on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com,
        raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com
        Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                       TOTAL: 5