HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ 07017

Re: TAMIKA M BROWN-WESLEY           Atty: HERBERT B. RAYMOND, ESQ.
    167 RICHELIEU TERRACE                       7 GLENWOOD AVENUE
    NEWARK, NJ 07106                          4TH FLOOR SUITE 408
                                      EAST ORANGE, NJ 07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 20-14769

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $88,848.00**

## RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/01/2020 | $1,000.00 | 6829642000 | 06/29/2020 | $500.00 | 6899405000 |
| 08/27/2020 | $1,000.00 | 7038812000 | 09/21/2020 | $500.00 | 7098618000 |
| 10/19/2020 | $500.00 | 7164659000 | 11/16/2020 | $250.00 | 7237090000 |
| 11/30/2020 | $250.00 | 7262021000 | 01/11/2021 | $500.00 | 7369338000 |

**Total Receipts: $4,500.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $4,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 337.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,250.00 | 100.00% | 3,700.00 | 1,550.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,095.76 | * | 0.00 | |
| 0002 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0003 | CORNERSTONE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CREDIT CONTROL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DEPT OF EDUCATION/NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | FMS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | MIDLAND MORTGAGE | MORTGAGE ARRI | 53,759.34 | 100.00% | 0.00 | |
| 0018 | MONTCLAIR STATE UNIVERSITY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | ONLINE INFORMATION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | PSE&G ATTN: BANKRUPTCY DEPT. | UNSECURED | 6,507.25 | * | 0.00 | |
| 0025 | PORTFOLIO RECOVERY ASSOCIATES, LL( | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SANTANDER BANK | MORTGAGE ARRI | 16,400.00 | 100.00% | 0.00 | |
| 0029 | SIMONS AGENCY INC | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 20-14769**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0030 | SIMONS AGENCY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | STEWARD FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0035 | SYNCHRONY BANK | UNSECURED | 561.08 | * | 0.00 | |
| 0036 | QUAMTUM3 GROUP LLC | UNSECURED | 455.47 | * | 0.00 | |
| 0038 | TD BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 538.06 | * | 0.00 | |
| 0042 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 1,699.22 | 100.00% | 0.00 | |

**Total Paid:  $4,037.50**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $4,500.00          -          Paid to Claims: $0.00          -          Admin Costs Paid: $4,037.50          =          Funds on Hand: $462.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.