**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

TAMIKA M BROWN-WESLEY,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  20-14769 RG

## NOTICE OF RESERVE ON CLAIM

Creditor:            SANTANDER BANK
Trustee Claim #:     27
Court Claim #:
Claimed Amount:      $16,400.00
Date Claim Filed:    **UNFILED**

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The above debt was contained in debtor(s) plan and Trustee has set up with reserve for this creditor until a proof of claim is filed with the Court.  In the event a proof of claim is not filed within sixty (60) days of this notice, the reserve will be removed and money will be disbursed to other creditors.  In the event that a proof of claim is filed at a later date, the Trustee will NOT seek refunds from creditors that received disbursements in the interim.

Dated:  February 09, 2021

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

TAMIKA M BROWN-WESLEY
167 RICHELIEU TERRACE
NEWARK, NJ    07106

HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ    07017

SANTANDER BANK
75 STATE ST., 5TH FLOOR
BOSTON, MA    02109