UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Tamika Brown-Wesley,

Debtor.

Case No.:      20-14769-RG

Chapter:      13

Hearing Date:     7/7/2021

Judge:     Gambardella

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled       ☐ Withdrawn

Matter: Motion for Relief from Stay re: 167 Richelieu Terrace (Docket # 52)

_____

Date: 6/30/2021                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*