UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

Order Filed on July 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TAMIKA BROWN-WESLEY,  DEBTOR(S)

Case No.:  20-14769 (RG)

Adv. No.:

Hearing Date:

Judge: ROSEMARY GAMBARDELLA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

DATED: July 6, 2021

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Tamika Brown-Wesley,  Debtor(s)

Case no.  20-14769 (RG)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$0.00**  for a total of **$800.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____  outside the plan.


This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-14769-RG
Tamika M Brown-Wesley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jul 06, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian C. Nicholas
    on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
    on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com
    raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Jennifer D. Gould
    on behalf of Creditor Steward Financial Services jgould@stark-stark.com  mdepietro@stark-stark.com

Loren L. Speziale
    on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com
    jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 06, 2021 | Form ID: pdf903 | Total Noticed: 1

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7