UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Tamika M. Brown-Wesley

Case No.:     20-14769 RG
Chapter:          13
Hearing Date: _____
Judge:     Rosemary Gambardi

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Creditor's Certification of Default filed on September 24, 2021 at document#78

_____

Date: 9/27/2021                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*