| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: <br><br> Tamika M Brown Wesley aka Tamika Brown <br><br> Debtor | Case No.: 20-14769 <br> Adversary No.: _____ <br> Chapter: 13 <br> Judge: Rosamary Gambardella |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Santander Bank, N.A., creditor
(Example: John Smith, creditor)

Old address: PO Box 16255
MC: 10-421-CP2
Reading, PA 19612

New address: PO Box 847051
Boston, MA 02284-7051

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 10/25/2021          /s/Lynn A Grimm
                          Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Lynn A Grimm
Bankruptcy Administrator
Santander Bank, N.A.
450 Penn Street
PA-450-FB1
Reading, PA 19602

In Re:

Tamika M Brown Wesley aka Tamika Brown

Debtor

Case No.: 20-14769

Chapter: 13

Adv. No.: 

Hearing Date: 

Judge: Rosemary Gambardella

## CERTIFICATION OF SERVICE

1. I, Lynn A Grimm :

   ☐ represent _____ in the this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

   ☑ am the  creditor  in the this case and am representing myself.

2. On  October 25, 2021 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Change of Address

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/25/2021

/s/Lynn A Grimm
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TAMIKA M BROWN WESLEY<br>167 RICHELIEU TER<br>NEWARK, NJ 07106-2412 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| MARIEANN GREENBERG<br>30 TWO BRIDGES RD STE 330<br>FAIRFIELD, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| HERBERT B RAYMOND<br>Herbertraymond@gmail.com | Debtor Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |