Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 20−14769−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/17/21 at 10:00 AM

to consider and act upon the following:

**76** – Certification in Opposition to (related document:75 Creditor's Certification of Default (related document:54 Order on Motion For Relief From Stay) filed by Loren L. Speziale on behalf of c/oLoren L. Speziale Santander Bank N.A.. Objection deadline is 09/24/2021. filed by Creditor c/oLoren L. Speziale Santander Bank N.A.) filed by Herbert B. Raymond on behalf of Tamika M Brown−Wesley. (Raymond, Herbert)

Dated: 11/8/21

            Jeanne Naughton
            Clerk, U.S. Bankruptcy Court