| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Loren L. Speziale, Esquire**<br>**Gross McGinley, LLP**<br>33 S. 7th Street, PO Box 4060<br>Allentown, PA   18105-4060<br>(610) 820-5450<br><br>Attorney for Creditor,<br>Santander Bank, N.A. | |
| **IN RE:**<br><br>**TAMIKA M. BROWN WESLEY a/k/a Tamika Brown**<br>**DEBTOR** | **Chapter:**   13<br><br>**Case No.:**   20-14769-RG<br><br>**Judge:**   Hon. Rosemary Gambardella, U.S.B.J.<br><br>**Hearing Date: November 17, 2021 at 10:00 a.m.** |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the Court that the matter identified below has been:

         Settled                                                      __X__ Withdrawn

Matter:   Santander Bank's Certification of Default, scheduled for hearing on November 17, 2021. Debtor has cured the default and the Certification is being WITHDRAWN.

Date: November 16, 2021                                                        **/s/*Loren L. Speziale***
                                                                                                       Signature