HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  TAMIKA M BROWN-WESLEY
167 RICHELIEU TERRACE
NEWARK,  NJ  07106

Atty:  HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 20-14769

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $119,754.29**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/01/2020 | $1,000.00 | 6829642000 | 06/29/2020 | $500.00 | 6899405000 |
| 08/27/2020 | $1,000.00 | 7038812000 | 09/21/2020 | $500.00 | 7098618000 |
| 10/19/2020 | $500.00 | 7164659000 | 11/16/2020 | $250.00 | 7237090000 |
| 11/30/2020 | $250.00 | 7262021000 | 01/11/2021 | $500.00 | 7369338000 |
| 02/08/2021 | $500.00 | 7437368000 | 03/29/2021 | $500.00 | 7553612000 |
| 03/30/2021 | $500.00 | 7561027000 | 05/04/2021 | $500.00 | 7646415000 |
| 06/02/2021 | $464.29 | 7702775000 | 06/28/2021 | $500.00 | 7770075000 |
| 07/30/2021 | $500.00 | 7841730000 | 09/02/2021 | $150.00 | 7922944000 |
| 09/20/2021 | $150.00 | 7960667000 | 10/19/2021 | $150.00 | 8023606000 |
| 11/15/2021 | $150.00 | 8080727000 | | | |

**Total Receipts: $8,564.29  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,564.29**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 05/17/2021 | $7.10 | 870,374 | 06/21/2021 | $11.13 | 872,181 |
| | 08/16/2021 | $106.43 | 875,660 | 09/20/2021 | $470.00 | 877,392 |
| | 10/18/2021 | $141.00 | 879,172 | | | |
| MIDLAND MORTGAGE | | | | | | |
| | 05/17/2021 | $224.73 | 869,824 | 06/21/2021 | $352.08 | 871,584 |
| SANTANDER BANK NA | | | | | | |
| | 05/17/2021 | $68.17 | 870,945 | 06/21/2021 | $106.79 | 872,771 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

Chapter 13 Case # 20-14769

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 600.86 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,350.00 | 100.00% | 6,476.00 | 1,874.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,095.76 | * | 0.00 | |
| 0002 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0003 | CORNERSTONE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CREDIT CONTROL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DEPT OF EDUCATION/NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | FMS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | MIDLAND MORTGAGE | MORTGAGE ARREARS | 53,759.34 | 100.00% | 576.81 | |
| 0018 | MONTCLAIR STATE UNIVERSITY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | ONLINE INFORMATION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | PSE&G ATTN: BANKRUPTCY DEPT. | UNSECURED | 6,507.25 | * | 0.00 | |
| 0025 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SANTANDER BANK, N.A. | MORTGAGE ARREARS | 16,306.75 | 100.00% | 174.96 | |
| 0029 | SIMONS AGENCY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SIMONS AGENCY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | STEWARD FINANCIAL SERVICES | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0035 | SYNCHRONY BANK | UNSECURED | 561.08 | * | 0.00 | |
| 0036 | QUAMTUM3 GROUP LLC | UNSECURED | 455.47 | * | 0.00 | |
| 0038 | TD BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 538.06 | * | 0.00 | |
| 0042 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURED | 1,699.22 | 100.00% | 735.66 | |
| 0050 | SANTANDER BANK, N.A. | (NEW) MTG Agreed | 1,068.00 | 100.00% | 0.00 | |
| 0051 | MIDLAND MORTGAGE | (NEW) MTG Agreed | 26,811.08 | 100.00% | 0.00 | |

Total Paid:  $8,564.29
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $8,564.29    -    Paid to Claims: $1,487.43    -    Admin Costs Paid: $7,076.86    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.