Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−14769−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/2/22 at 10:00 AM

to consider and act upon the following:

*114* − Certification in Opposition to (related document:112 Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: re: 167 Richelieu Terrace, Newark, NJ 07106. Fee Amount $ 188. filed by Creditor MidFirst Bank, Motion for Relief from Co−Debtor Stay of Diane Brown−Stith, 61 Order on Motion For Relief From Stay, 81 Creditor's Certification of Default filed by Creditor MidFirst Bank, 99 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/21/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Herbert B. Raymond on behalf of Tamika M Brown−Wesley. (Raymond, Herbert)

Dated: 1/21/22

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court