UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on March 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Tamika M. Brown-Wesley,

Debtor.

Case No.: 20-14769 RG

Adv. No.:

Hearing Date: 03/02/2022 @ 10:00 a.m.

Judge: Rosemary Gambardella

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 3, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Tamika M. Brown-Wesley
Case No:  20-14769 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 167 Richelieu Terrace, Newark, NJ 07106, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 28, 2022 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2021 through January 2022 for a total post-petition default of $2,526.07 (1 @ $1,530.22, 1 @ $1,510.63, less suspense $514.78); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,526.07 will be paid by Debtor remitting $210.50 for per month for eleven months and $210.57 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on February 1, 2022 and continue for a period of twelve months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume February 1, 2022, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 for attorneys' fees in an amount to be included in a post-petition fee notice, which is to be paid through Debtors' Chapter 13 plan and certification of default is hereby resolved.