|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4^(TH) Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond #HR-1379;<br>Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | Order Filed on August 9, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br><br>TAMIKA BROWN-WESLEY,  DEBTOR(S) | Case No.:  20-14769 (RG)<br>Adv. No.:<br>Hearing Date:  8/3/22<br>Judge: ROSEMARY GAMBARDELLA |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: August 9, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Tamika Brown-Wesley, Debtor(s)

Case no. 20-14769 (RG)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$2,300.00** for services rendered and expenses in the amount **$60.00**  for a total of **$2,360.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$8,564.29 paid in through November 2021**

**$150 per month for two (2) months starting December 2021**

**$1,249 per month for twenty-four (24) months starting February 2022**

**$1,649 per month for twenty (20) months starting February 2024**

**$2,888 per month for eighteen (18) months starting October 2025**

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.