**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:   TAMIKA M. BROWN-WESLEY,

Debtor(s)

Case No.: 20-14769 RG

Judge: GAMBARDELLA

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: AUGUST 9, 2022
☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: HR          Initial Debtor: TBW          Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____**_____ per _____MONTH\_\_\_\_\_ to the Chapter 13 Trustee, starting on _____APRIL OF 2020_____ for approximately _____84_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

** i. $14,006.29 paid in to date through August of 2022 (Over 29 Months)
  ii. $1,249 per month, starting in September of 2022, through and including January of 2024 (17 Months)
  iii. $2,007 per month, starting in February of 2024, through and including September of 2025 (20 Months)
  iv.  $3,058 per month, starting in October of 2025, through and including March of 2027 (18 Months)

Increase in payments premised on  annual salary increases, completion of pension loan, completion of arrearage cure pertaining
to second mortgage held by Santander Consumer Financial and increased family contribution(s).

| Part 2: | Adequate Protection ☒ NONE |
|---|---|

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

| Part 3: | Priority Claims (Including Administrative Expenses) |
|---|---|

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ Supp. Fees |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| MIDLAND MORTGAGE | Mortgage Arrears (1st Mortgage) Re: 167 Richelieu Terr., Newark, NJ | $87,025.77 (Includes post-petition arrearage provided for in order entered 8-3-2022) | N/A | $87.025.77 (Post-pet. arrears and fees and costs per 8-3-2022 order) | Continued payments starting 8/1/2022 et. seq. |
| SANTANDER BANK | Mortgage Arrears, 2nd Mortgage (Richelieu Terr.) | $17,374.75 (Includes counsel fees per cure order) | N/A | $17,374.75 | Continued payments starting 6/1/21, et. seq. |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**   ☒ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|----------|-----------|----------------|------------------------|----------------|------------------------------------------|---------------------|-------------------------|
|          |           |                |                        |                |                                          |                     |                         |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**   ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|----------|------------------------------|--------------------------------|--------------------------|
| CAPITAL ONE AUTO FINANCE | BMW 328I | $UNKNOWN | SURRENDER IN FULL SATISFACTION OF CLAIM/DEBT |
| CAPITAL ONE AUTO FINANCE | 2008 BMW 5 SERIES 535XI AWD | $UNKNOWN | SURRENDER IN FULL SATISFACTION OF DEBT/CLAIM |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

i. Steward Financial Services, continued payments by nephew, regarding 2009 Dodge Challenger, no arrears. Continued payments by Debtor's nephew, directly to Steward Financial Services, no arrears.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal*, **within the time and in the manner set forth in D.N.J. LBR 3015-1.  A** *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees and Supp. Counsel Fees (Fully Paid before other claims)
3) Cap. 1 Auto, re: 535xi auto, pay in full before other claims except admin
4) Other secured claims, priority claims and then unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: NOVEMBER 12, 2021                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being filed, consistent with the order pertaining to Midland's default certification, providing for post-petition arrears and fees and costs associated with the default, to be paid through the plan. The plan addresses the post-petition arrears due to Midland which are to be provided for in the plan. | The plan term is the same as in the previously confirmed plan. The plan provides for payments to date and then increases in the last payment tiers, to the sum necessary to cure the post-petition arrears associated with the order on Midfirst Bank's Default Certification. Plan also provides for surrender, as to both automobiles, to Capital One Auto, in full satisfaction of its claim(s). |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: AUGUST 9, 2022_____    /S/ TAMIKA M. BROWN-WESLEY_____
                                                                                        Debtor

Date: _____    _____
                                                                                        Joint Debtor

Date: AUGUST 9, 2022_____    /S/ HERBERT B. RAYMOND, ESQ._____
                                                                                        Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-14769-RG
Tamika M Brown-Wesley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4
Date Rcvd: Aug 10, 2022      Form ID: pdf901      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| cr | + | Steward Financial Services, c/o Stark & Stark, P.C., 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| cr | + | c/oLoren L. Speziale Santander Bank N.A., Gross McGinley, LLP, 33 S. Sevecnth Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 518774693 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 518774696 | + | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 518774697 | + | Marquise Brown, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| 518774698 | + | Mester & Schwartz, PC, 1333 Race Street, Philadelphia, PA 19107-1556 |
| 518847836 | + | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 518774699 | + | Midfirst Bank, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |
| 518774701 | + | Midland Mortgage, Attn: KML Law Group, PC, 216 Haddon Ave., Ste. 406, Westmont, NJ 08108-2812 |
| 518830909 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518774710 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 518774707 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 519161959 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 518774715 | + | Stark & Stark, 993 Lenox Drive, Trenton, NJ 08648-2389 |
| 518785652 | + | Steward Financial Services, c/o Jennifer D. Gould, Esq., Stark & Stark, P.C., 993 Lenox Dr., Lawrenceville, NJ 08648-2389 |
| 518774718 | + | Summit Medical Group, PO Box 1005, Summit, NJ 07902-1005 |
| 518774719 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 10 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 10 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 10 2022 20:53:06 | AIS Portfolio Services, LP Attn: Capital One Auto, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 10 2022 20:53:33 | Capital One Auto Fianance, a division of Capital One, N/A, AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:19 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518774678 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2022 20:53:04 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518774679 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 10 2022 20:53:35 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |

Case 20-14769-RG    Doc 148    Filed 08/12/22    Entered 08/13/22 00:13:45    Desc Imaged
                      Certificate of Notice    Page 12 of 14

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 10, 2022 | Form ID: pdf901 | Total Noticed: 57 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518786999 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 10 2022 20:53:19 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518831728 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 10 2022 20:53:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518774680 | + | Email/Text: bncnotifications@pheaa.org | Aug 10 2022 20:43:00 | Cornerstone, PO Box 61047, Harrisburg, PA 17106-1047 |
| 518774681 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 10 2022 20:44:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 518774682 | + | Email/Text: kthompson@crownasset.com | Aug 10 2022 20:44:00 | Crown Asset Management, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 518774683 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 10 2022 20:44:00 | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774691 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 10 2022 20:44:00 | Dept Of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774692 | ^ | MEBN | Aug 10 2022 20:40:54 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 518774694 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 10 2022 20:44:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 518774695 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 10 2022 20:44:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 518854574 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 10 2022 20:53:17 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518774700 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 10 2022 20:53:32 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518774702 | + | Email/Text: kurucn@mail.montclair.edu | Aug 10 2022 20:44:00 | Montclair State University, Attn: Norma Kuruc (855VA), 1 Normal Avenue, Montclair, NJ 07043-1699 |
| 518774703 | + | Email/Text: bankruptcy@onlineis.com | Aug 10 2022 20:44:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 518774704 | + | Email/Text: bankruptcy@onlineis.com | Aug 10 2022 20:44:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 518774705 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2022 20:53:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518801952 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2022 20:53:35 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518774706 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2022 20:53:34 | Portfolio Recovery Associates,LLC, PO Box 12914, Norfolk, VA 23541 |
| 518774708 | ^ | MEBN | Aug 10 2022 20:40:35 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518774709 | | Email/Text: bankruptcy@pseg.com | Aug 10 2022 20:43:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 518854519 | | Email/Text: bnc-quantum@quantum3group.com | Aug 10 2022 20:44:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518774712 | + | Email/Text: DeftBkr@santander.us | Aug 10 2022 20:44:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |
| 518774711 | + | Email/Text: DeftBkr@santander.us | Aug 10 2022 20:44:00 | Santander Bank, 75 State St., 5th Floor, Boston, MA 02109-1827 |
| 518774713 | + | Email/Text: clientservices@simonsagency.com | Aug 10 2022 20:44:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518774716 | | Email/Text: jchrist@stewardfs.com | | |

Case 20-14769-RG    Doc 148    Filed 08/12/22    Entered 08/13/22 00:13:45    Desc Imaged
Certificate of Notice    Page 13 of 14

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 10, 2022 | Form ID: pdf901 | Total Noticed: 57 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 10 2022 20:44:00 | Steward Financial Services, 499 Old Kings Highway, Maple Shade, NJ 08052 |
| 518774720 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:32 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 518774721 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:18 | Syncb/Qvc, PO Box 965018, Orlando, FL 32896-5018 |
| 518845451 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518776511 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518774723 | | Email/Text: bankruptcy@td.com | Aug 10 2022 20:44:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 518774722 | | Email/Text: bankruptcy@td.com | Aug 10 2022 20:44:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 518774724 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 10 2022 20:44:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518808840 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518774684 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774685 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774686 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774687 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774688 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774689 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774690 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518827867 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518774714 | *+ | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518774717 | * | Steward Financial Services, 499 Old Kings Highway, Maple Shade, NJ 08052 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed**

below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jennifer D. Gould | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com  mdepietro@stark-stark.com |
| Loren L. Speziale | on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7