UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

Order Filed on August 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Tamika M. Brown-Wesley,

Debtor.

Case No.: 20-14769 RG

Adv. No.:

Hearing Date: 7/20/2022 @ 10:00 a.m.

Judge: Christine M. Gravelle

## AMENDED ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 30, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor: Tamika M. Brown-Wesley
Case No: 20-14769 RG
Caption of Order: AMENDED ORDER RESOLVING CERTIFICATION OF DEFAULT
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 167 Richelieu Terrace, Newark, NJ 07106, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond, attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of July 25, 2022, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for regular payments and the remainder of the agreed order payments due May 2022 through July 2022 for a total post-petition default of $5,965.85 ( 3 @ $1,510.63, 8 AO payments @ $210.50, 1 AO @ $210.57; less $460.61 suspense); and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,965.85 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2022, directly to Secured Creditor MidFirst Bank, 999 Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 for attorneys' fees in an amount to be included in a post-petition fee notice, which is to be paid through Debtors' Chapter 13 plan and certification of default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-14769-RG
Tamika M Brown-Wesley                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                   Page 1 of 2
Date Rcvd: Aug 30, 2022       Form ID: pdf903               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022                  Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:

**Name**                **Email Address**

Brian C. Nicholas
    on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
    on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com
    raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Jennifer D. Gould
    on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com  mdepietro@stark-stark.com

Loren L. Speziale
    on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 30, 2022 | Form ID: pdf903 | Total Noticed: 1

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7