Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−14769−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 21, 2022.

Dated: September 21, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 20-14769-RG
Tamika M Brown-Wesley                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4
Date Rcvd: Sep 21, 2022      Form ID: plncf13      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| cr | + | Steward Financial Services, c/o Stark & Stark, P.C., 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| cr | + | c/oLoren L. Speziale Santander Bank N.A., Gross McGinley, LLP, 33 S. Sevecnth Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 518774693 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 518774696 | + | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 518774697 | + | Marquise Brown, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| 518774698 | + | Mester & Schwartz, PC, 1333 Race Street, Philadelphia, PA 19107-1556 |
| 518847836 | + | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 518774699 | + | Midfirst Bank, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |
| 518774701 | + | Midland Mortgage, Attn: KML Law Group, PC, 216 Haddon Ave., Ste. 406, Westmont, NJ 08108-2812 |
| 518830909 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518774707 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 518774710 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 519161959 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 518774715 | + | Stark & Stark, 993 Lenox Drive, Trenton, NJ 08648-2389 |
| 518785652 | + | Steward Financial Services, c/o Jennifer D. Gould, Esq., Stark & Stark, P.C., 993 Lenox Dr., Lawrenceville, NJ 08648-2389 |
| 518774718 | + | Summit Medical Group, PO Box 1005, Summit, NJ 07902-1005 |
| 518774719 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2022 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2022 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2022 20:26:57 | AIS Portfolio Services, LP Attn: Capital One Auto, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2022 20:26:52 | Capital One Auto Fiance, a division of Capital One, N/A, AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2022 20:26:56 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518774678 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 21 2022 20:26:51 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518774679 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 21 2022 20:26:52 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |

| Record | Delivery | Address Info | Timestamp | Recipient |
|---|---|---|---|---|
| 518786999 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2022 20:26:52 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518831728 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2022 20:27:03 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518774680 | + | Email/Text: bncnotifications@pheaa.org | Sep 21 2022 20:25:00 | Cornerstone, PO Box 61047, Harrisburg, PA 17106-1047 |
| 518774681 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 21 2022 20:25:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 518774682 | + | Email/Text: kthompson@crownasset.com | Sep 21 2022 20:25:00 | Crown Asset Management, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 518774683 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 21 2022 20:25:00 | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774691 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 21 2022 20:25:00 | Dept Of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774692 | ^ | MEBN | Sep 21 2022 20:21:37 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 518774694 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2022 20:25:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 518774695 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2022 20:25:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 518774696 | ^ | MEBN | Sep 21 2022 20:21:50 | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 518854574 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 21 2022 20:26:51 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518847836 | ^ | MEBN | Sep 21 2022 20:21:50 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 518774700 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 21 2022 20:26:51 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518774702 | + | Email/Text: kurucn@mail.montclair.edu | Sep 21 2022 20:25:00 | Montclair State University, Attn: Norma Kuruc (855VA), 1 Normal Avenue, Montclair, NJ 07043-1699 |
| 518774703 | + | Email/Text: bankruptcy@onlineis.com | Sep 21 2022 20:25:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 518774704 | + | Email/Text: bankruptcy@onlineis.com | Sep 21 2022 20:25:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 518774705 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2022 20:27:03 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518801952 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2022 20:26:57 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518774706 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2022 20:27:04 | Portfolio Recovery Associates,LLC, PO Box 12914, Norfolk, VA 23541 |
| 518774708 | ^ | MEBN | Sep 21 2022 20:21:19 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518774709 | | Email/Text: bankruptcy@pseg.com | Sep 21 2022 20:24:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 518854519 | | Email/Text: bnc-quantum@quantum3group.com | Sep 21 2022 20:25:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518774712 | + | Email/Text: DeftBkr@santander.us | Sep 21 2022 20:25:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |
| 518774711 | + | Email/Text: DeftBkr@santander.us | | |

| Recip ID | Bypass | Email/Text | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 21 2022 20:25:00 | Santander Bank, 75 State St., 5th Floor, Boston, MA 02109-1827 |
| 518774713 | + | Email/Text: clientservices@simonsagency.com | Sep 21 2022 20:25:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518774716 | | Email/Text: jchrist@stewardfs.com | Sep 21 2022 20:25:00 | Steward Financial Services, 499 Old Kings Highway, Maple Shade, NJ 08052 |
| 518774720 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2022 20:26:56 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 518774721 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2022 20:27:02 | Syncb/Qvc, PO Box 965018, Orlando, FL 32896-5018 |
| 518845451 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2022 20:27:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518776511 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2022 20:27:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518774723 | | Email/Text: bankruptcy@td.com | Sep 21 2022 20:25:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 518774722 | | Email/Text: bankruptcy@td.com | Sep 21 2022 20:25:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 518774724 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 21 2022 20:25:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518808840 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518774684 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774685 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774686 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774687 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774688 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774689 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774690 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518827867 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518774714 | *+ | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518774717 | * | Steward Financial Services, 499 Old Kings Highway, Maple Shade, NJ 08052 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022            Signature:        /s/Gustava Winters

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: plncf13 | Total Noticed: 57 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Brian C. Nicholas
     on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
     on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Jennifer D. Gould
     on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com  mdepietro@stark-stark.com

Loren L. Speziale
     on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Marie-Ann Greenberg
     magecf@magtrustee.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7