# EXHIBIT B

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1
Brian C. Nicholas, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
bnicholas@kmllawgroup.com
Attorneys for the Secured Creditor
MidFirst Bank

CASE NO. 20-14769 RG
CHAPTER 13
Judge: Rosemary Gambardella

In re:

Tamika M. Brown-Wesley aka Tamika Brown,
     Debtor
Diane Brown-Stith
     Co-Debtor

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 01/14/2004

I, ___Crystal Baker___, employed as ___Vice President___ by MidFirst Bank, hereby certifies the following information:
Recorded on November 8, 2004 in Essex County, in Instrument Number 1119413
Property Address: 165-169 Richelieu Terrace , Newark NJ 07106.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Tamika M. Brown-Wesley aka Tamika Brown

POST-PETITION PAYMENTS (Petition filed on March 22, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 08/30/2022 | | | | | - |
| $1,510.63 | 08/01/2022 | | $0.00 | | - |
| $1,510.63 | 09/01/2022 | | $0.00 | | - |
| | | To Suspense | $1,535.00 | 10/11/2022 | $1,535.00 |
| $1,510.63 | 10/01/2022 | | From Suspense | | $24.37 |
| Total Due: $4,531.89 | | Total Received: $1,535.00 | | Arrears: $2,996.89 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $1,510.63
Arrears: $2,996.89

Each current monthly payment is comprised of:
     Principal & Interest:   $795.59
     R.E. Taxes:   $_____
     Insurance:   $_____
     Other:   $715.04   (Specify: escrow)
     TOTAL   $1,510.63

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

NOPC filed 12/2/2020 and effective 1/1/2021
NOPC filed 11/22/2021 and effective 1/1/2022

PRE-PETITION ARREARS: $53,759.34

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _10·26·2022_

_____
Signature    Crystal Baker
             Vice President