# RAYMOND & RAYMOND
Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711

Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

March 8, 2023

Honorable Rosemary Gambardella, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

    Re: Tamika Brown-Wesley, Debtor(s)
       20-14769(RG)
       Chapter 13
    Proceeding: Trustee's Default Certification
    Hearing Date: To Be Determined

Dear Judge Gambardella:

    Please accept this letter in opposition to the above matter.

    The certification states that the debtor is $2,498 in arrears with trustee payments through February 2023. This appears to have been correct. However, from review of the trustee's online records, a payment in the amount of $1,498 posted on March 1, 2023. My office has attempted to contact the debtor about the remaining past due balance, but have not been successful. However, from past experience, it is likely that the default can be cured. The deadline to respond is today.

    For the foregoing reasons, I respectfully request that a hearing on this matter be scheduled, with the intention for a more formal opposition to be filed in the interim.

                            Respectfully submitted,

                            /S/ HERBERT B. RAYMOND, ESQ.
                          -------------------------------
                          HERBERT B. RAYMOND, ESQ.