UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on May 10, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Case No.:  20-14769 (RG)

Adv. No.:

Hearing Date:

TAMIKA BROWN-WESLEY,  DEBTOR(S)

Judge: ROSEMARY GAMBARDELLA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: May 10, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Tamika Brown-Wesley,  Debtor(s)

Case no.  20-14769 (RG)

Caption of order: Order Granting Supplemental Counsel Fees
_____

     The applicant having certified that legal work supplemental

to basic Chapter 13 services has been rendered, and no objections

having been raised:

     ORDERED that Raymond and Raymond, Esqs., the applicant, is

allowed a fee of **$400.00** for services rendered and expenses in

the amount **$0.00**   for a total of **$400.00**.  The allowance shall

be payable

     ___XXXX___   through the Chapter 13 plan as an administrative

priority.

     _____   outside the plan.


PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$14,006.29 paid in through August 2022**

**$1,249 per month for seventeen (17) months starting September**
**2022**

**$2,007 per month for twenty (20) months starting February 2024**

**$3,138 per month for eighteen (18) months starting March 2027**

In the event that the case is dismissed prior to payment of

fees and expenses ordered herein, any funds on hand with the

Chapter 13 Trustee shall be disbursed on a pro rata basis for

payment of allowed administrative expenses under 11 U.S.C. 503(b)

before a refund is issued to the debtor. If the applicant is the

only individual/entity with allowable administrative expenses,

1  then any funds on hand with the Chapter 13 Trustee shall be

2  disbursed in payment of applicant's allowed administrative

3  expenses before a refund is issued to the debtor.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28