| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond #HR-1379;<br>Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | **Order Filed on May 10, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br><br><br>TAMIKA BROWN-WESLEY, DEBTOR(S) | Case No.: 20-14769 (RG)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: ROSEMARY GAMBARDELLA |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

DATED: May 10, 2023

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Tamika Brown-Wesley, Debtor(s)

Case no. 20-14769 (RG)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$400.00** for services rendered and expenses in the amount **$0.00** for a total of **$400.00**. The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$14,006.29 paid in through August 2022**

**$1,249 per month for seventeen (17) months starting September 2022**

**$2,007 per month for twenty (20) months starting February 2024**

**$3,138 per month for eighteen (18) months starting March 2027**

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses,

1. then any funds on hand with the Chapter 13 Trustee shall be
2. disbursed in payment of applicant's allowed administrative
3. expenses before a refund is issued to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 20-14769-RG
Tamika M Brown-Wesley    Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: May 10, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

**Recip ID    Recipient Name and Address**
db    + Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:

**Name    Email Address**

Brian C. Nicholas
　　on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
　　on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Herbert B. Raymond
　　on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com
　　raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Jennifer D. Gould
　　on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com mdepietro@stark-stark.com

Loren L. Speziale
　　on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com jkacsur@grossmcginley.com

Marie-Ann Greenberg

| District/off: 0312-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: May 10, 2023 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee

magecf@magtrustee.com

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7