Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−14769−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/20/23 at 10:00 AM

to consider and act upon the following:

*180* − Certification in Opposition to (related document:179 Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: re: 167 Richelieu Terrace, Newark, NJ 07106. Fee Amount $ 188. filed by Creditor MidFirst Bank, Motion for Relief from Co−Debtor Stay of Diane Brown−Stith, 165 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 11/13/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Herbert B. Raymond on behalf of Tamika M Brown−Wesley. (Raymond, Herbert)

Dated: 11/13/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court