Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20–14769–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tamika M Brown–Wesley
aka Tamika Brown
167 Richelieu Terrace
Newark, NJ 07106

Social Security No.:
xxx–xx–8971

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/21/24 at 10:00 AM

to consider and act upon the following:

*187* – Certification in Opposition to (related document:185 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 1/10/2024. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie–Ann Greenberg) filed by Herbert B. Raymond on behalf of Tamika M Brown–Wesley. (Raymond, Herbert)

Dated: 1/3/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court