HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  TAMIKA M BROWN-WESLEY          Atty:  HERBERT B. RAYMOND, ESQ.
     167 RICHELIEU TERRACE                 7 GLENWOOD AVENUE
     NEWARK, NJ  07106                     4TH FLOOR SUITE 408
                                           EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 20-14769

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $132,745.29**

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/01/2020 | $1,000.00 | 6829642000 | 06/29/2020 | $500.00 | 6899405000 |
| 08/27/2020 | $1,000.00 | 7038812000 | 09/21/2020 | $500.00 | 7098618000 |
| 10/19/2020 | $500.00 | 7164659000 | 11/16/2020 | $250.00 | 7237090000 |
| 11/30/2020 | $250.00 | 7262021000 | 01/11/2021 | $500.00 | 7369338000 |
| 02/08/2021 | $500.00 | 7437368000 | 03/29/2021 | $500.00 | 7553612000 |
| 03/30/2021 | $500.00 | 7561027000 | 05/04/2021 | $500.00 | 7646415000 |
| 06/02/2021 | $464.29 | 7702775000 | 06/28/2021 | $500.00 | 7770075000 |
| 07/30/2021 | $500.00 | 7841730000 | 09/02/2021 | $150.00 | 7922944000 |
| 09/20/2021 | $150.00 | 7960667000 | 10/19/2021 | $150.00 | 8023606000 |
| 11/15/2021 | $150.00 | 8080727000 | 01/18/2022 | $150.00 | 8211437000 |
| 01/28/2022 | $150.00 | 8236263000 | 02/07/2022 | $150.00 | 8261203000 |
| 03/07/2022 | $625.50 | 8324647000 | 04/14/2022 | $1,044.00 | 8402663000 |
| 05/31/2022 | $2,073.50 | 8494886000 | 06/29/2022 | $1,249.00 | 8555044000 |
| 09/19/2022 | $1,249.00 | 8715712000 | 10/17/2022 | $1,249.00 | 8772107000 |
| 12/01/2022 | $1,249.00 | 8854508000 | 12/23/2022 | $1,249.00 | 8896839000 |
| 03/01/2023 | $1,498.80 | 9024978000 | 04/03/2023 | $1,499.00 | 9089180000 |
| 05/01/2023 | $1,499.00 | 9139858000 | 07/06/2023 | $2,998.00 | 9259606000 |
| 09/18/2023 | $1,249.00 | 9382906000 | 10/16/2023 | $1,249.00 | 9433682000 |
| 11/17/2023 | $1,249.00 | 9487676000 | | | |

**Total Receipts: $30,244.09 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $30,244.09**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 05/17/2021 | $7.10 | 870,374 | 06/21/2021 | $11.13 | 872,181 |
| | 08/16/2021 | $106.43 | 875,660 | 09/20/2021 | $470.00 | 877,392 |
| | 10/18/2021 | $141.00 | 879,172 | | | |

**Chapter 13 Case # 20-14769**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | | |
| | 11/14/2022 | $469.08 | 901,113 | | 11/14/2022 | $295.27 | 901,113 |
| | 12/12/2022 | $143.54 | 902,661 | | 12/12/2022 | $90.35 | 902,661 |
| | 01/09/2023 | $604.39 | 904,157 | | 01/09/2023 | $380.45 | 904,157 |
| | 02/13/2023 | $604.39 | 905,699 | | 02/13/2023 | $380.45 | 905,699 |
| | 04/17/2023 | $723.47 | 908,918 | | 04/17/2023 | $458.92 | 908,918 |
| | 05/15/2023 | $519.25 | 910,495 | | 05/15/2023 | $329.38 | 910,495 |
| | 06/12/2023 | $715.90 | 911,975 | | 06/12/2023 | $454.13 | 911,975 |
| | 08/14/2023 | $1,431.81 | 915,018 | | 08/14/2023 | $908.26 | 915,018 |
| | 11/13/2023 | $596.51 | 919,433 | | 11/13/2023 | $378.39 | 919,433 |
| | 12/11/2023 | $585.68 | 920,831 | | 12/11/2023 | $373.99 | 920,831 |
| MIDLAND MORTGAGE | | | | | | | |
| | 05/17/2021 | $224.73 | 869,824 | | 06/21/2021 | $352.08 | 871,584 |
| SANTANDER BANK NA | | | | | | | |
| | 05/17/2021 | $68.17 | 870,945 | | 06/21/2021 | $106.79 | 872,771 |
| SANTANDER BANK, N.A. | | | | | | | |
| | 11/14/2022 | $142.29 | 901,330 | | 11/14/2022 | $9.42 | 901,330 |
| | 12/12/2022 | $43.54 | 902,879 | | 01/09/2023 | $183.33 | 904,379 |
| | 01/09/2023 | $15.02 | 904,379 | | 02/13/2023 | $183.33 | 905,926 |
| | 02/13/2023 | $12.14 | 905,926 | | 04/17/2023 | $219.45 | 909,141 |
| | 04/17/2023 | $14.53 | 909,141 | | 05/15/2023 | $157.50 | 910,699 |
| | 05/15/2023 | $10.43 | 910,699 | | 06/12/2023 | $217.15 | 912,186 |
| | 06/12/2023 | $14.38 | 912,186 | | 08/14/2023 | $434.31 | 915,202 |
| | 08/14/2023 | $28.75 | 915,202 | | 11/13/2023 | $180.94 | 919,615 |
| | 11/13/2023 | $11.98 | 919,615 | | 12/11/2023 | $177.65 | 921,014 |
| | 12/11/2023 | $11.76 | 921,014 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,786.07 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 14,110.00 | 100.00% | 13,310.00 | 800.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,095.76 | * | 0.00 | |
| 0002 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | CORNERSTONE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CREDIT CONTROL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DEPT OF EDUCATION/NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | FMS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | MIDFIRST BANK | MORTGAGE ARRE | 53,759.34 | 100.00% | 7,148.75 | |
| 0018 | MONTCLAIR STATE UNIVERSITY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | ONLINE INFORMATION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | PSE&G ATTN: BANKRUPTCY DEPT. | UNSECURED | 6,507.25 | * | 0.00 | |
| 0025 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SANTANDER BANK, N.A. | MORTGAGE ARRE | 16,306.75 | 100.00% | 2,168.42 | |
| 0029 | SIMONS AGENCY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SIMONS AGENCY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | STEWARD FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0035 | SYNCHRONY BANK | UNSECURED | 448.12 | * | 0.00 | |
| 0036 | QUANTUM3 GROUP LLC | UNSECURED | 455.47 | * | 0.00 | |
| 0038 | TD BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 538.06 | * | 0.00 | |
| 0042 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |

Chapter 13 Case # 20-14769

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0044 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 735.66 | 100.00% | 735.66 | |
| 0050 | SANTANDER BANK, N.A. | (NEW) MTG Agree | 1,068.00 | 100.00% | 128.41 | |
| 0051 | MIDFIRST BANK | (NEW) MTG Agree | 33,926.93 | 100.00% | 4,163.20 | |

**Total Paid: $29,440.51**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $30,244.09    -    Paid to Claims: $14,344.44    -    Admin Costs Paid: $15,096.07  =   Funds on Hand: $803.58

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.