Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

             Case No.:  20−14769−RG
             Chapter:  13
             Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tamika M Brown−Wesley
  aka Tamika Brown
  167 Richelieu Terrace
  Newark, NJ 07106

Social Security No.:
  xxx−xx−8971

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

  Notice is hereby given that a Plan was confirmed in this matter on September 21, 2022.

  On 2/21/24 the debtor filed a modification to the Plan.

  Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:     April 3, 2024
Time:     08:30 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

  Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 22, 2024
JAN:

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 20-14769-RG
Tamika M Brown-Wesley   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Feb 22, 2024     Form ID: 185     Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| cr | + | Steward Financial Services, c/o Stark & Stark, P.C., 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| cr | + | c/oLoren L. Speziale Santander Bank N.A., Gross McGinley, LLP, 33 S. Sevecnth Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 518774693 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 518774697 | + | Marquise Brown, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| 518774698 | + | Mester & Schwartz, PC, 1333 Race Street, Philadelphia, PA 19107-1556 |
| 518774699 | + | Midfirst Bank, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |
| 518774701 | + | Midland Mortgage, Attn: KML Law Group, PC, 216 Haddon Ave., Ste. 406, Westmont, NJ 08108-2812 |
| 518830909 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518774707 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 518774710 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 519161959 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 518774715 | + | Stark & Stark, 993 Lenox Drive, Trenton, NJ 08648-2389 |
| 518785652 | + | Steward Financial Services, c/o Jennifer D. Gould, Esq., Stark & Stark, P.C., 993 Lenox Dr., Lawrenceville, NJ 08648-2389 |
| 518774716 | | Steward Financial Services, 499 Old Kings Highway, Maple Shade, NJ 08052 |
| 518774718 | + | Summit Medical Group, PO Box 1005, Summit, NJ 07902-1005 |
| 518774719 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2024 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2024 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 21:21:28 | AIS Portfolio Services, LP Attn: Capital One Auto, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 21:21:29 | Capital One Auto Fianance, a division of Capital One, N/A, AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Feb 22 2024 21:31:58 | Synchrony Bank by AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518774678 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2024 21:32:01 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518774679 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 22 2024 21:21:19 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 518786999 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 21:21:46 | Capital One Auto Finance, a division of, AIS |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518831728 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 21:32:01 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518774680 | + | Email/Text: bncnotifications@pheaa.org | Feb 22 2024 21:14:00 | Cornerstone, PO Box 61047, Harrisburg, PA 17106-1047 |
| 518774681 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 22 2024 21:16:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 518774682 | + | Email/Text: bankruptcies@crownasset.com | Feb 22 2024 21:14:00 | Crown Asset Management, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 518774683 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 22 2024 21:15:00 | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774691 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 22 2024 21:15:00 | Dept Of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774692 | ^ | MEBN | Feb 22 2024 21:07:45 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 518774694 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 22 2024 21:15:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 518774695 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 22 2024 21:15:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 518774696 | ^ | MEBN | Feb 22 2024 21:08:25 | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 518854574 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 22 2024 21:21:12 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518847836 | ^ | MEBN | Feb 22 2024 21:08:24 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 518774699 | + | Email/Text: legal.mail@midfirst.com | Feb 22 2024 21:15:00 | Midfirst Bank, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |
| 518774700 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 22 2024 21:21:27 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518774702 | + | Email/Text: kurucn@mail.montclair.edu | Feb 22 2024 21:15:00 | Montclair State University, Attn: Norma Kuruc (855VA), 1 Normal Avenue, Montclair, NJ 07043-1699 |
| 518774703 | + | Email/Text: bankruptcy@onlineis.com | Feb 22 2024 21:15:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 518774704 | + | Email/Text: bankruptcy@onlineis.com | Feb 22 2024 21:15:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 518774705 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2024 21:21:19 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518801952 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2024 21:32:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518774706 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2024 21:32:04 | Portfolio Recovery Associates,LLC, PO Box 12914, Norfolk, VA 23541 |
| 518774708 | ^ | MEBN | Feb 22 2024 21:06:40 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518774709 | | Email/Text: bankruptcy@pseg.com | Feb 22 2024 21:13:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 518854519 | | Email/Text: bnc-quantum@quantum3group.com | Feb 22 2024 21:15:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518774712 | + | Email/Text: DeftBkr@santander.us | Feb 22 2024 21:15:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |

Case 20-14769-RG   Doc 198   Filed 02/24/24   Entered 02/25/24 00:15:54   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2024 | Form ID: 185 | Total Noticed: 56 |

| Recip ID | Bypass | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 518774711 | + | Email/Text: DeftBkr@santander.us | Feb 22 2024 21:15:00 | Santander Bank, 75 State St., 5th Floor, Boston, MA 02109-1827 |
| 518774713 | + | Email/Text: clientservices@simonsagency.com | Feb 22 2024 21:16:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518774720 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 21:21:35 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 518774721 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 21:21:04 | Syncb/Qvc, PO Box 965018, Orlando, FL 32896-5018 |
| 518776511 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 22 2024 21:21:43 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518774723 |  | Email/Text: bankruptcy@td.com | Feb 22 2024 21:15:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 518774722 |  | Email/Text: bankruptcy@td.com | Feb 22 2024 21:15:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 518774724 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 22 2024 21:16:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518808840 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518774684 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774685 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774686 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774687 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774688 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774689 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774690 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518827867 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518774714 | *+ | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518774717 | * | Steward Financial Services, 499 Old Kings Highway, Maple Shade, NJ 08052 |
| 518845451 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520012548 | *+ | Synchrony Bank by AIS InfoSource LP as agent, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2024         Signature:        /s/Gustava Winters

District/off: 0312-2    User: admin    Page 4 of 4
Date Rcvd: Feb 22, 2024    Form ID: 185    Total Noticed: 56

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jennifer D. Gould | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com  mdepietro@stark-stark.com |
| Loren L. Speziale | on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6