| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |

**Order Filed on June 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

    TAMIKA M BROWN-WESLEY

Case No.:  20-14769 RG

Hearing Date:  6/5/2024

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 10, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): TAMIKA M BROWN-WESLEY

Case No.: 20-14769

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/05/2024 on notice to HERBERT B. RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,862.00 starting on 6/1/2024 for the remaining 34 month(s); and it is further

- ORDERED, that the Debtor(s) are to pay $2,862.00 which must be received and posted by the Trustee by 6/26/2024 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) in the event that the $2,862.00 electronic payment is reversed and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file amended Schedules I and J to support debtor's increase in plan payment commencing in June 2024 by 6/19/2024 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.