Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−14769−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/9/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2024
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Tamika M Brown-Wesley  
Debtor

Case No. 20-14769-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 4
Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| cr | + | Steward Financial Services, c/o Stark & Stark, P.C., 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| cr | + | c/oLoren L. Speziale Santander Bank N.A., Gross McGinley, LLP, 33 S. Sevecnth Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 518774693 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 518774697 | + | Marquise Brown, 167 Richelieu Terrace, Newark, NJ 07106-2412 |
| 518774698 | + | Mester & Schwartz, PC, 1333 Race Street, Philadelphia, PA 19107-1556 |
| 518774701 | + | Midland Mortgage, Attn: KML Law Group, PC, 216 Haddon Ave., Ste. 406, Westmont, NJ 08108-2812 |
| 518774707 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 518774710 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 519161959 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 518774715 | + | Stark & Stark, 993 Lenox Drive, Trenton, NJ 08648-2389 |
| 518785652 | + | Steward Financial Services, c/o Jennifer D. Gould, Esq., Stark & Stark, P.C., 993 Lenox Dr., Lawrenceville, NJ 08648-2389 |
| 518774716 | | Steward Financial Services, 499 Old Kings Highway, Maple Shade, NJ 08052 |
| 518774718 | + | Summit Medical Group, PO Box 1005, Summit, NJ 07902-1005 |
| 518774719 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Oct 10 2024 00:21:00 | AIS Portfolio Services, LP Attn: Capital One Auto, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Oct 10 2024 00:21:00 | Capital One Auto Fianance, a division of Capital One, N/A, AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AIS.COM | Oct 10 2024 00:21:00 | Synchrony Bank by AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518774678 | + | EDI: CAPITALONE.COM | Oct 10 2024 00:21:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518774679 | + | EDI: CAPONEAUTO.COM | Oct 10 2024 00:21:00 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 518786999 | + | EDI: AISACG.COM | Oct 10 2024 00:21:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518831728 | + | EDI: AISACG.COM | | |

Case 20-14769-RG    Doc 219    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 10 2024 00:21:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518774680 | + | Email/Text: bncnotifications@pheaa.org | Oct 09 2024 20:36:00 | Cornerstone, PO Box 61047, Harrisburg, PA 17106-1047 |
| 518774681 | + | EDI: CCS.COM | Oct 10 2024 00:21:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 518774682 | + | Email/Text: bankruptcies@crownasset.com | Oct 09 2024 20:36:00 | Crown Asset Management, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 518774683 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 09 2024 20:37:00 | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 518774691 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 09 2024 20:37:00 | Dept Of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 518774692 | ^ | MEBN | Oct 09 2024 20:34:50 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 518774694 | | EDI: JEFFERSONCAP.COM | Oct 10 2024 00:21:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 518774695 | | EDI: JEFFERSONCAP.COM | Oct 10 2024 00:21:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 518774696 | ^ | MEBN | Oct 09 2024 20:35:33 | KML Law Group, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 518854574 | + | EDI: AISMIDFIRST | Oct 10 2024 00:21:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518847836 | ^ | MEBN | Oct 09 2024 20:35:33 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 518774699 | + | Email/Text: legal.mail@midfirst.com | Oct 09 2024 20:36:00 | Midfirst Bank, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |
| 518774700 | | EDI: AISMIDFIRST | Oct 10 2024 00:21:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518774702 | + | Email/Text: kurucn@mail.montclair.edu | Oct 09 2024 20:37:00 | Montclair State University, Attn: Norma Kuruc (855VA), 1 Normal Avenue, Montclair, NJ 07043-1699 |
| 518774703 | + | Email/Text: bankruptcy@onlineis.com | Oct 09 2024 20:37:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 518774704 | + | Email/Text: bankruptcy@onlineis.com | Oct 09 2024 20:37:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 518774705 | | EDI: PRA.COM | Oct 10 2024 00:21:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518801952 | | EDI: PRA.COM | Oct 10 2024 00:21:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518774706 | | EDI: PRA.COM | Oct 10 2024 00:21:00 | Portfolio Recovery Associates,LLC, PO Box 12914, Norfolk, VA 23541 |
| 518830909 | ^ | MEBN | Oct 09 2024 20:35:16 | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518774708 | ^ | MEBN | Oct 09 2024 20:34:05 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518774709 | | Email/Text: bankruptcy@pseg.com | Oct 09 2024 20:36:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 518854519 | | EDI: Q3G.COM | Oct 10 2024 00:21:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518774712 | + | Email/Text: DeftBkr@santander.us | Oct 09 2024 20:37:00 | Santander Bank, 824 North Market St., Ste. 100, Wilmington, DE 19801-4937 |

Case 20-14769-RG    Doc 219    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 56 |

| 518774711 | + | Email/Text: DeftBkr@santander.us | | | |
|---|---|---|---|---|---|
| | | | Oct 09 2024 20:37:00 | Santander Bank, 75 State St., 5th Floor, Boston, MA 02109-1827 | |
| 518774713 | + | Email/Text: clientservices@simonsagency.com | | | |
| | | | Oct 09 2024 20:37:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 | |
| 518774720 | + | EDI: SYNC | | | |
| | | | Oct 10 2024 00:21:00 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 | |
| 518774721 | + | EDI: SYNC | | | |
| | | | Oct 10 2024 00:21:00 | Syncb/Qvc, PO Box 965018, Orlando, FL 32896-5018 | |
| 518776511 | + | EDI: AIS.COM | | | |
| | | | Oct 10 2024 00:21:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |
| 518774723 | | EDI: TDBANKNORTH.COM | | | |
| | | | Oct 10 2024 00:21:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 | |
| 518774722 | | EDI: TDBANKNORTH.COM | | | |
| | | | Oct 10 2024 00:21:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 | |
| 518774724 | + | EDI: BLUESTEM | | | |
| | | | Oct 10 2024 00:21:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 | |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518808840 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518774684 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 518774685 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 518774686 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 518774687 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 518774688 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 518774689 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 518774690 | *+ | Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 518827867 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518774714 | *+ | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518774717 | * | Steward Financial Services, 499 Old Kings Highway, Maple Shade, NJ 08052 |
| 518845451 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520012548 | *+ | Synchrony Bank by AIS InfoSource LP as agent, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 11, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 56

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jennifer D. Gould | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com  mdepietro@stark-stark.com |
| Loren L. Speziale | on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6