UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
MidFirst Bank

In re:
Tamika M Brown-Wesley aka Tamika Brown
                              Debtor
Diane Brown-Stith

                    Co-Debtor

Case No:  20-14769 RG

Judge:  Rosemary Gambardella

Chapter:  13

Order Filed on October 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | Recommend Local Form | ☐ Followed | ☐ Modified |
|---|---|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 9, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of <u>MidFirst Bank</u>, under Bankruptcy Code sections 362(a) and 1301(c) for relief from the automatic stay and relief from the co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 165-169 Richelieu Terrace, Newark, NJ 07106**

☐    Personal Property More Fully Described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease in making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 20-14769-RG

Tamika M Brown-Wesley                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                          Page 1 of 2

Date Rcvd: Oct 09, 2024                 Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Tamika M Brown-Wesley, 167 Richelieu Terrace, Newark, NJ 07106-2412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Tamika M Brown-Wesley herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jennifer D. Gould | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com  mdepietro@stark-stark.com |
| Loren L. Speziale | on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 09, 2024                       Form ID: pdf903                                 Total Noticed: 1

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6